**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 25-80211-CR-DAMIAN**

**UNITED STATES OF AMERICA**,

Plaintiff,

vs.

**DANIEL KENNETH RAGAN,**

Defendant.

_________________________________/

**ORDER ADOPTING REPORT AND RECOMMENDATION**
**ON CHANGE OF PLEA [ECF NO. 37]**

THIS CAUSE came before the Court on Magistrate Judge Ellen F. D'Angelo's Report and Recommendation on Change of Plea, entered on September 8, 2026 [ECF No. 37]. To date, no party has filed an objection, and the time to do so has passed.

THIS COURT has reviewed the Report and Recommendation and the pertinent portions of the record, and, being fully advised, it is

**ORDERED AND ADJUDGED** that the Report **[ECF No. 37]** is **AFFIRMED AND ADOPTED**. Defendant, Daniel Kenneth Ragan's, change of plea is accepted, and Defendant is adjudicated guilty as to the Indictment.

A Sentencing Hearing will be set by separate Order.

**DONE AND ORDERED** in Chambers in the Southern District of Florida, this 24th day of September, 2026.

**MELISSA DAMIAN**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record
Magistrate Judge Ellen F. D'Angelo